IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| HENRY MARVIN MOSS, | : | |
| Petitioner, | : | |
| v. | : | 1:08-CV-00013 (WLS) |
| HUGH SMITH, Warden | : | |
| Respondent. | : | |

## ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge, filed November 25, 2008. (Doc. 10). It is recommended that Respondent's Motion to Dismiss (Doc. 7) be **GRANTED** and Petitioner's Petition for Writ of Habeas Corpus be **DISMISSED** as untimely. (DOC. 1). No objection has been filed to date.

Upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 10) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED** as untimely.

**SO ORDERED**, this  30  day of March, 2009.

　　　　　　　　　　　　　　　　　　　　  /s/ W. Louis Sands  
　　　　　　　　　　　　　　　　　　　**THE HONORABLE W. LOUIS SANDS,**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

1